**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) ALLIED INC., REALTORS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 5:18-cv-62-D |
| | ) | |
| (2) CONTINENTAL CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the undersigned attorneys for Plaintiff Allied Inc., Realtors and Defendant Continental Casualty Company that the above-captioned action is dismissed, with prejudice and with each side to bear its own costs and attorney's fees.

Dated: June 1st, 2018

_s/ Andrew C. Jayne_____
Andrew C. Jayne, OBA #19493
ajayne@bgj-law.com
Tara D. Zickefoose, OBA #31757
tzickefoose@bgj-law.com
BAUM GLASS JAYNE & CARWILE
Mid-Continent Tower
401 S. Boston Ave., Suite 2300
Tulsa, OK 74103
(918) 938-7944 Telephone
(918) 938-7966 Facsimile

*Attorneys for Plaintiff Allied Inc., Realtors*

_s/ Roger N. Butler, Jr._____
Roger N. Butler, Jr., OBA #13668
rbutler@secresthill.com
SECREST HILL BUTLER & SECREST,
PC
7134 South Yale, Suite 900
Tulsa, OK 74136-6360
(918) 494-5905 Telephone
(918) 494-2847 Facsimile

*Attorneys for Defendant Continental
Casualty Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2018, I electronically transmitted the foregoing document to the Court Clerk using the EFC System for filing.  The Court Clerk will transmit a Notice of Electronic Filing to the following EFC registrants:

Roger N. Butler, Jr.          rbutler@secresthill.com

*Counsel for Continental Casualty Company*

_____
Andrew C Jayne